07-0486-cv
Hamptons Locations v. Rubens

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

<u>**SUMMARY ORDER**</u>

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 5th day of February, two thousand ten.

PRESENT: RICHARD C. WESLEY,
         GERARD E. LYNCH,
                  *Circuit Judges,*
         MARK R. KRAVITZ,[*]
                  *District Judge.*

─────────────────────────────────────────

Hamptons Locations, Inc. and Nancy Grigor,

         *Plaintiffs-Counter-Defendants-Appellees,*

         v.                                    07-0486-cv


Darrell Rubens, individually, and d/b/a Hampton Locations,

         *Defendant-Counterclaimant-Appellant,*

Richard Rubens and Barbara Rubens, each individually and d/b/a Hampton Locations,

         *Defendants-Counterclaimants.*

─────────────────────────────────────────

─────────────────

[*]The Honorable Mark R. Kravitz, of the United States District Court for the District of Connecticut, sitting by designation.

APPEARING FOR APPELLANT:   MICHAEL B. RONEMUS, Ronemus & Vilensky, New York, NY

APPEARING FOR APPELLEES:   PATRICIA A. WEISS, Law Office of Patricia A. Weiss, Esq., Sag Harbor, NY

Appeal from the United States District Court for the Eastern District of New York (Hurley, *J.*).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the judgment of said District Court be and hereby is **AFFIRMED:**

Appellant Darrell Rubens appeals, *inter alia*, from an order by the United States District Court for the Eastern District of New York (Hurley, *J.*) on January 30, 2007, entering judgment on a jury verdict.  Appellants Darrell Rubens, Barbara Rubens, and Richard Rubens appeal an order dismissing their counterclaims.  We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

At the outset, appellees argue that we lack jurisdiction over the appeal of Barbara and Richard Rubens from the dismissal of their counterclaims, which appellees claim was untimely filed.  Final judgment was not entered as to Barbara and Richard Rubens until the conclusion of the trial, on January 30, 2007.  *See* Fed. R. Civ. P. 54(b).  Under Federal Rule of Civil Procedure 4(a)(4)(A)(i), the filing of a Rule 50(b) motion by any party extends the time

2

for *all* parties to file a notice of appeal until 30 days after disposition of that motion.  As Darrell filed such a motion — not decided until June 4, 2009 — the filing of a notice of appeal by Barbara and Richard on June 23, 2009 was timely.  We have considered and rejected appellees' more technical objections to the notice of appeal.  On the merits, the appeal fails.  The district court did not err when it dismissed the Rubens' counterclaims, as those claims were baseless as a matter of law.

As for Darrell Rubens's appeal, there was sufficient evidence for a reasonable jury to conclude that Darrell Rubens violated § 1125(d) of the Lanham Act.  Darrell repeats to us his argument to the district court that the Hamptons Locations mark should have been held generic as a matter of law.  The district court did not err in rejecting this argument.

We AFFIRM.


FOR THE COURT:
Catherine O'Hagan Wolfe,
Clerk

3